JONATHAN R. HICKS, ESQ.
Nevada Bar No. 9584
**CLOWARD HICKS & BRASIER, PLLC**
721 South Sixth Street
Las Vegas, NV 89101
Telephone: (702) 628-9888
Facsimile: (702) 960-4118
E-Mail: jhicks@chblawyers.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARL CORCORAN,<br><br>          Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; DOE EMPLOYEE; DOES 1-20; ROE CORPORATIONS 1-20; inclusive,<br><br>          Defendants. | Case No.: 2:14-cv-01508-JCM-GWF<br><br>**STIPULATION AND<br>ORDER TO AMEND COMPLAINT** |

    IT IS HEREBY STIPULATED by and between Plaintiff, CARL CORCORAN ("Plaintiff"), and Defendant WAL-MART STORES, INC. ("Defendant"), through their

/ / /

/ / /

/ / /

1

respective counsel of record, that Plaintiff be permitted to file the First Amended Complaint, attached hereto as Exhibit "1".

Dated this 25th day of February 2015.

**CLOWARD HICKS & BRASIER, PLLC**

/s/ Jonathan R. Hicks, Esq.
JONATHAN R. HICKS, ESQ.
Nevada Bar No. 9584
721 South Sixth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Dated this 25th day of February 2015.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Breane P. Stryker, Esq.
BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
BREANE P. STRYKER, ESQ.
Nevada Bar No. 13594
504 South Ninth Street
Las Vegas, NV 89101
Fax: (702) 938-1511
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** February 26, 2015

2

# EXHIBIT "1"

JONATHAN R. HICKS, ESQ.
Nevada Bar No. 9584
**CLOWARD HICKS & BRASIER PLLC**
721 South Sixth Street
Las Vegas, NV 89101
Telephone: (702) 628-9888
Facsimile: (702) 960-4118
E-Mail: jhicks@chblawyers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARL CORCORAN,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; SOUTHERN WINE & SPIRITS OF AMERICA, INC; DOE EMPLOYEE; DOES 1-20; ROE CORPORATIONS 1-20; inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01508-JCM-GWF<br><br>**PLAINTIFF'S AMENDED COMPLAINT** |

COMES NOW Plaintiff, CARL CORCORAN, by and through his attorney, JONATHAN R. HICKS, ESQ., of the CLOWARD HICKS & BRASIER PLLC, and for his causes of action against Defendants, and each of them, allege as follows:

## JURISDICTION

1. At all times relevant to these proceedings, Plaintiff, CARL CORCORAN (hereinafter referred to as "Plaintiff") is and was a resident of Clark County, Nevada.

2. That at all times relevant to these proceedings, Defendant, WAL-MART STORES, INC. (hereinafter referred to as "WAL-MART"), was and is a Delaware corporation, duly authorized to conduct business in the County of Clark, State of Nevada.

3.     That at all times relevant to these proceedings, Defendant, SOUTHERN WINE & SPIRITS OF AMERICA, INC. (hereinafter referred to as "SOUTHERN WINE"), was and is a Florida corporation, duly authorized to conduct business in the County of Clark, State of Nevada.

4.     That at all times relevant to these proceedings, Defendant, DOE EMPLOYEE (hereinafter referred to as "DOE EMPLOYEE"), was and is a resident of Clark County, Nevada.

5.     That the true names and capacities, whether individual, corporate, associate or otherwise, of the Defendants DOES and/or ROE CORPORATIONS 1 through 10 inclusive, are presently unknown to the Plaintiff who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and therefore alleges that the Defendants designated herein as DOE and/or ROE are legally responsible in some manner for the events and happenings herein referred to, and legally and proximately caused injuries and damages thereby to Plaintiff as herein alleged. Plaintiff requests leave of the Court to amend this Complaint to specify these Doe Defendants when their identities become known.

6.     At all material times, Defendants, and each of them, were individuals and/or entities who were and are agents, masters, servants, employers, employees, joint ventures, representatives and/or associates, and with the consent, knowledge, authorization, ratification and permission of each other. At all times relevant hereto, Defendants, and each of them, engaged in concerted acts and/or were responsible for the acts and/or omissions of themselves and each other Defendant and held a special relations with Plaintiff and with the other defendants, non-delegable in nature, and subject to a peculiar and high risk of harm for breach thereof. Plaintiff alleges that at least one of the Doe Defendants is believed to be the employee responsible for the protocol, maintenance and cleaning, security, safety and/or supervision of the area at issue. Plaintiff requests leave of the Court to amend this Complaint to specify the Doe Defendants when their identities become known.

7.    That the Defendants, and each of them, are the agents, employees and/or contractors of the other Defendants, and were acting within the scope of their agency, employment and/or contract at the time and place described herein.

8.    Plaintiff is informed and believes, and based upon such information and belief, alleges, that Defendants, DOE and/ROE CORPORATIONS 1 through 10, and each of them, resided, were employed and/or did business in Clark County. Defendants designated as DOE and/or ROE CORPORATIONS 11 through 20, are in some manner, responsible for the occurrences and injuries sustained by Plaintiff, as alleged herein.

9.    At all times mentioned Defendants, including Doe Defendants, were the designers, contractors, maintainers, owners, managers, inspectors, supervisors, cleaners and controllers of the premises and common areas generally known as "WAL-MART" located at 8060 West Tropical Parkway, Las Vegas, Nevada.

10.    This Court has jurisdiction over the Defendants, as Defendants are Nevada residents, Nevada Corporations and/or foreign corporations conducting business in the state of Nevada. Furthermore this case involves damages in an amount in excess of $10,000.00. Venue is proper in Clark County, State of Nevada as said incident and conduct of the Defendants occurred with Clark County, State of Nevada.

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

11.    On or about October 15, 2012, Plaintiff was a patron and/or invited guest at the premises owned, designed, operated, maintained, managed and/or controlled by the Defendants, and each of them, which are located at 8060 West Tropical Parkway, Las Vegas, Nevada.

12.    That while on said premises, Plaintiff slipped and fell hard to the ground, while walking in the wine section, causing him to suffer serious injuries to his body as a result of a wine on the floor.

13.    That upon information and belief, the slippery floor was caused and/or created by the negligence of some or all of the named Defendants, including the DOE and ROE Defendants and/or the employee(s) and/or agent(s) of said Defendants.

14. That upon information and belief, some or all of the named Defendants, including the DOE and ROE Defendants and/or the employee(s) and/or agent(s) of said Defendants, knew or should have known of the slippery floor and that hazard and dangerous condition and risk of harm if presented to unsuspecting guest like Plaintiff.

15. That some or all of the named Defendants, including the DOE and ROE Defendants and/or employee(s) and/or agent(s) of said Defendants, failed to rectify the slippery floor/dangerous condition. These same Defendants also failed to warn Plaintiff of the slippery condition of the floor prior to Plaintiff slipping and falling.

## FIRST CAUSE OF ACTION
### (Negligence)

16. Plaintiff hereby repeats, re-alleges and incorporates by reference each and every allegation set forth in the above paragraphs as though each were set forth herein verbatim.

17. The negligence and carelessness of the Defendants, and each of them, includes, but are not limited to, the following: (a) failure to properly inspect, maintain and/or control the premises, so as to prevent unreasonably dangerous; (b) failure to warn Plaintiff of the existing dangers; (c) failure to use feasible and reasonable means to avoid hazards; and (d) failure to instruct, train, control and /or supervise employees, and prevent them from causing and or preventing dangerous conditions.

18. As a result of the above described incident, Plaintiff suffered injuries to areas of his body, necessitating medical treatment for injuries, all of which conditions may be permanent and disabling in nature, and all to her general damages to be shown at time of trial, but in excess of $10,000.00.

19. As a result of the above described incident, Plaintiff experienced physical and mental pain and suffering, both past and future, in an amount to be shown at time of trial, but in excess of $10,000.00.

20. Plaintiff suffered general damages, including pain, suffering, permanent disability, both past and future in an amount to be shown at time of trial, but in excess of $10,000.00.

21. That prior to the injuries sustained and complained of herein, Plaintiff was an able–bodied person physically capable of engaging in all other activities for which she was otherwise suited.

## SECOND CAUSE OF ACTION
### (Vicarious Liability)

22. Plaintiff incorporates by this reference each and every allegation previously made in this Complaint, as if here fully set forth.

23. The named Doe Defendants were agents and/or employees of Defendants, and that at all times relevant herein were acting within the course and scope of such agency and/or employment and as such each said Defendant shall be liable to Plaintiff for Plaintiff's injuries and damages pursuant to Nevada law including, but not limited to, NRS 41.130 all in an amount in excess of $10,000.00.

DATED this ___ day of February 2015.

**CLOWARD, HICKS, BRASIER, PLLC**


_____
JONATHAN R. HICKS, ESQ.
Nevada Bar No. 9584
721 S. 6th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the ___ day of _____ 2015, I served a copy of the foregoing **PLAINTIFF'S AMENDED COMPLAINT** by the CM/ECF electronic filing system of the United States District Court for the District of Nevada, which is automatically sent to the following individuals, by electronic mail, and by placing said copy in a sealed envelope, postage fully prepaid, and mailing it via United States Postal Service, first class, to the following:

Breane P. Stryker, Esq.
Brenda H. Entzminger, Esq.
Phillips, Spallas & Angstadt LLC
504 South Ninth Street
Las Vegas, NV 89101
Fax: (702) 938-1511
*Attorneys for Defendant*

_____
An employee of CLOWARD HICKS & BRASIER PLLC