UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARL CORCORAN,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>WAL-MART STORES, INC., et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:14-CV-1508 JCM (GWF)<br><br>ORDER |

　　　Presently before the court is defendant Southern Wine & Spirits of America, Inc.'s ("Southern Wine") motion to dismiss plaintiff Carl Corcoran's ("plaintiff") claims against it. (Doc. # 25). Plaintiff filed a response, (doc. # 29), defendant Wal-Mart Stores, Inc. ("Walmart") filed a joinder to plaintiff's response, (doc. # 30), and Southern Wine filed a reply, (doc. # 31).

　　　On May 27, 2015, the parties stipulated to dismiss the claims in plaintiff's complaint against Southern Wine with prejudice. (Doc. # 35). On May 28, 2015, the court granted the stipulation and terminated Southern Wine from the case. (Doc. # 37).

　　　Accordingly,

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Southern Wine & Spirits of America, Inc.'s motion to dismiss plaintiff's claims against it, (doc. # 25), be, and the same hereby is, DENIED as moot.

　　　DATED June 1, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_James C. Mahan_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**