BRENDA H. ENTZMINGER
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARL CORCORAN,<br><br>    Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.; SOUTHERN WINE & SPIRITS OF AMERICA, INC., DOE EMPLOYEE; DOES 1-20; ROE CORPORATIONS 1-20; inclusive,<br><br>    Defendants. | Case No.: 2:14-cv-01508-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

1  party's own costs and attorney's fees.

2  DATED this 12 day of January, 2016.   DATED this 2nd day of March, 2016.

3  **CLOWARD HICKS & BRASIER, PLLC**   **PHILLIPS, SPALLAS & ANGSTADT**

_____   _____ NV Bar No. 11403

Jonathan R. Hicks, Esq.   Brenda H. Entzminger
721 S. 6th Street   504 South Ninth Street
Las Vegas, Nevada 89101   Las Vegas, Nevada 89101
*Attorneys for Plaintiff*   *Attorneys for Defendant*
*Carl Corcoran*   *Wal-Mart Stores, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED March 3, 2016.

_____
UNITED STATES DISTRICT JUDGE